IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:03-CR-143-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO KIRK, | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Prior to the entry of this order, $1,595.25 paid toward victim restitution in this case was placed into the court's unclaimed funds account after the funds were returned to the court due to an insufficient address for the victim. The court has since been informed of the victim's current address, and the court, therefore, ORDERS that the funds be redirected to the victim restitution fund for payment of restitution in the above-referenced case.

This 24th day of October 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26