UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CR-143-1H

UNITED STATES OF AMERICA        )
                                )        **ORDER**
        v.                      )
                                )
ANTONIO KIRK                    )


Upon motion of the Government, and for good cause shown, this Court hereby withdraws its Order of Temporary Detention entered on August 22, 2014, in this case, and ŠÞŒÓÞU the defendant's immediate releaseÁàã~↑Á´|b\~ä].

SO ORDERED, this the GG^ä day of August 2014.


_____
HON. KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE